Approved by: Yasin Mohammad

# United States District Court

EASTERN District of CALIFORNIA

FILED
SEP 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES OF AMERICA
V.

ONG RIKKI SONEPHADY
(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 1:11-mj-~~00196~~ SKO

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 27, 2011 (Date) in Fresno County, in the EASTERN District of CALIFORNIA defendant(s) did,

*(Track Statutory Language of Offense)*
knowingly and intentionally conspire to and did cultivate and possess marijuana, a Schedule I controlled substance, with the intent to distribute

in violation of Title 21 United States Code, Section (s) 841(a)(1), 841(b)(1)(A), and 846.
I further state that I am a(n) Special Agent with the Drug Enforcement Administration (Official Title) and that this complaint is based on the following facts:

See Attachment A (AFFIDAVIT OF PETER J. ROSS IN SUPPORT OF COMPLAINT)

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

[signature]
Signature of Complainant

PETER J. ROSS
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

September 28, 2011 at Fresno CA
Date City State

Sheila K. Oberto U.S. Magistrate Judge [signature: Sheila K. Oberto]
Name of Judge Title of Judge Signature of Judge

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONG RIKKI SONEPHADY,<br>Defendant. | ) | CASE NO.<br>**ATTACHMENT A**<br>**AFFIDAVIT OF PETER J. ROSS IN SUPPORT OF COMPLAINT** |

I, Peter J. Ross, being duly sworn, do hereby depose and state:

1. I am a Special Agent (SA) for the Drug Enforcement Administration (DEA), and have been so employed since October 2010. During this time, I have completed nineteen weeks training at the Justice Training Center in Quantico, Virginia. Additionally, I have six years of previous experience with federal investigations when I was employed by the Federal Bureau of Investigation in Seattle, Washington, prior to my employment with the DEA. In connection with my official DEA duties, I investigate criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, and Sections 841, 843, 846 and 848. As a DEA Special Agent, I have participated in numerous federal and state search and arrest warrants involving individuals engaged in conspiracies to cultivate, manufacture and distribute various controlled substances prohibited by law. Additionally, I have participated in the seizure of narcotic-related records and other types of evidence that documents activities in the cultivation, manufacturing and distribution of controlled substances. To successfully conduct these investigation, I have used a variety of investigative techniques and resources, including physical surveillance, wire interceptions, interviews, the utilization of undercover agents and informants, and the review of various databases and records. I have testified in Grand Jury proceedings for violations of controlled substance laws. I also have been involved in various types of electronic surveillance, in the debriefing of defendants, witnesses and informants, as well as others

who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking in violation of Title 18, United States Code, Section 1956. Moreover, I have authority to execute and serve search warrants issued under authority of the United States, pursuant to Title 21, United States Code, Section 878. Based on my experience and training I have acquired from drug enforcement schools and from working with other Special Agents and Detectives, I am providing the following facts.

INTRODUCTION

This affidavit supports a complaint charging Ong Rikki SONEPHADY with Conspiracy to Cultivate and Possess Marijuana, a Schedule I Controlled Substance, with the Intent to Distribute, in violation of Title 21 United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

FACTS ESTABLISHING PROBABLE CAUSE

The facts that establish probable cause for this criminal complaint against Ong Rikki SONEPHADY's are either personally known to me or have been told to me directly by other Federal, State, Local law enforcement officers.

On September 4, 2011, Special Agent John Hoover of the California Department of Justice Bureau of Narcotic Enforcement assigned to the Fresno Methamphetamine Task Force, received information from a Source of Information regarding an outdoor marijuana cultivation site in the county of Fresno, California. The Source of Information stated that the outdoor marijuana cultivation site is located on the northwest corner of North Dickenson Avenue and West Shields Avenue within the county of Fresno, and is divided into two distinct cultivation plots.

On September 6, 2011, Agent Hoover responded to the area of West Shields Avenue and North Dickenson Avenue. Agent Hoover, traveling north on North Dickenson Avenue from West Shields Avenue, observed marijuana plants growing in a cultivated area, measuring approximately three acres, located at or about 10200 West Shields Avenue, Fresno, California. Agent Hoover verified that the marijuana was growing in two distinct

cultivation plots at that location.

On September 7, 2011, Fresno Sheriff's Office Deputy Robert Steht conducted a fly-over of the marijuana cultivation site located at 10200 West Shields Avenue, Fresno, California, with a Fresno Sheriff's Office aircraft. Fresno Sheriff's Office Deputy Ryan Burk captured photographs of the site, which I examined. Deputy Steht informed me that he observed approximately 1500 marijuana plants growing in two distinct areas at the site. He also observed an irrigation pipe originating from the house located on the property, running north approximately 100 yards, branching into both of the cultivation plots; one branch of the pipe terminated within the southwest corner of the eastern plot, and the other branch terminated on the west boundary of the western plot.

On September 8, 2011, at approximately 3:00 pm, Agent Hoover responded again to the marijuana cultivation site. Traveling west on Shields Avenue from Dickenson Avenue, he smelled odors carried in the wind originating from the site of the marijuana cultivation. Agent Hoover did not see any posted State of California medical marijuana placards in the vicinity of the cultivation site. Agent Hoover noted that Central High School, West Campus, located at 2045 North Dickenson Avenue, Fresno, California, is located within one mile of the marijuana cultivation site. While traveling south on Dickenson Avenue from West Dakota Avenue, Agent Hoover also noted that the marijuana was in open view to vehicles traveling south toward the high school.

On September 9, 2011, Fresno Sheriff's Office Deputy Eddie Rodriguez and I responded to the 10200 West Shields Avenue grow site. I saw large green leafy marijuana-like plants growing inside a perimeter of corn, and smelled a marijuana odor emanating from the vicinity of the cultivated area. Like Agent Hoover, I also did not see any posted State of California medicinal marijuana placards in the vicinity of the cultivation area.

On September 20, 2011, a Federal Search Warrant was issued by the Honorable Gary S. Austin, United States Magistrate Judge, Eastern District of California.

On September 27, 2011, I and other Agents from the Fresno Drug Enforcement Administration, Homeland Security Investigations, and the California Bureau of Narcotics

Enforcement, Deputies from the Fresno Sheriff's Office, and Officers from the Fresno Police Department and the California Highway Patrol, executed the Federal Search Warrant on the property located at 10200 West Shields Avenue, Fresno, CA. Law Enforcement Agents, Deputies and Officers displayed law enforcement insignia and responded to the search warrant location with marked Fresno Sheriff's Office patrol vehicles.

Upon executing the search warrant, I and California Bureau of Narcotics Enforcement Agent John Hoover contacted Ong Rikki SONEPHADY (herein referenced as SONEPHADY), who was sleeping on a covered patio attached to the house, which is located on the property. SONEPHADY and an adult male identified as Saloth Inthavong were awakened by our announcement, "Police, Search Warrant." Two other individuals, identified as Kathy Channita Peng and Kay Thongsack Chounlamountry, were contacted in a tent, which had been erected adjacent to the eastern marijuana cultivation plot located on the property. All four individuals were brought together to the patio, searched for weapons, and informed their *Miranda* rights prior to questioning other than the preliminary questions asked for officer safety.

Detective Manuel Robles of the Fresno Police Department informed SONEPHADY of his *Miranda* rights to prior to questioning him about the narcotics activity at the location. SONEPHADY waived his *Miranda* rights and agreed to answer questions. SONEPHADY was asked where he resided, to which he replied that he lived on the property and was renting the house. Detective Robles asked SONEPHADY if he possessed a California Medical Marijuana card. SONEPHADY replied that he did possess such a card, and it entitled him to growing 80 marijuana plants, which he grows at the property. SONEPHADY, additionally, told Detective Robles that he, SONEPHADY, had harvested plants from the site, and was currently drying them in the house and two outdoor, makeshift shed-like structures adjacent to the house. He claimed ownership over all of that harvested and processed marijuana, which weighed approximately 970 pounds. SONEPHADY stated that he cultivates marijuana for personal use. However, from my law enforcement experience, I know that the 970 pounds of marijuana must have come from

significantly more than 80 plants. It is an amount consistent with that intended for sale.

In total, law enforcement Agents, Deputies, and Officers seized 2,094 marijuana plants growing in the two cultivated plots, and approximately 970 pounds of processed marijuana in the house and two outdoor shed-like structures. Twenty-two California Marijuana Medical placards were seized from the plots. I examined the seized cards and found one card belonging to SONEPHADY.

CONCLUSION

Based on the foregoing, there is probable cause to believe that Ong Rikki SONEPHADY knowingly and intentionally conspired to and did cultivate and possess marijuana, a Schedule I controlled substance, with the intent to distribute, in violation of Title 21 United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

I, Peter Ross, your affiant, swear that the facts in this affidavit are true and accurate to the best of my knowledge.

Special Agent Peter J. Ross
United States Department of Justice
Drug Enforcement Administration

Sworn and subscribed to before me
September 28, 2011

Honorable Sheila K. Oberto
United States Magistrate Judge
Eastern District of California