Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Ong Rikki Sonephady

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONG RIKKI SONEPHADY, ) <br> ) <br> Defendant ) | Case No.: 1:11-CR-343 AWI <br><br> **STIPULATION AND ORDER** <br> **REGARDING STATUS CONFERENCE** |

     IT IS HEREBY STIPULATED by and between Mark Broughton, attorney for defendant ONG RIKKI SONEPHADY, and Yasin Mohammad, Assistant United States Attorney, that the status conference be continued from February 13, 2012, at 10:00 a.m., to March 12, 2012, at 10:00 a.m.

     This continuance is requested because counsel for defendant has only recently been appointed to represent him, for further negotiation between the parties, as well and defense investigation and preparation.

     The parties agree that the delay resulting from the continuance shall be excluded as necessary for further plea negotiations and effective defense preparation pursuant to 18 U.S.C §§

3161(h)(7)A.  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Dated:  February 8, 2012                                  Respectfully submitted,

/s/ Mark A. Broughton
Mark A. Broughton
Attorney for Defendant,
Ong Rikki Sonephady


Dated:  February 8, 2012                                  /s/ Yasin Mohammad
Yasin Mohammad
Assistant U.S. Attorney


### ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED that the February 13, 2012 Status Conference date be vacated.

IT IS FURTHER ORDERED that the status conference will now occur on March 12, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 9, 2012            _____
CHIEF UNITED STATES DISTRICT JUDGE