1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:11 CR 00343 AWI

12 |                       Plaintiff,       | STIPULATION AND ORDER TO VACATE TRIAL
                                             DATE AND HEARING RE MOTION TO
13 |             v.                         | SUPPRESS EVIDENCE AND CONTINUE
                                             STATUS CONFERENCE HEARING
14 | ONG SONEPHADY

15 |                       Defendant.

16

17

18
         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective
19
   counsel, Kevin P. Rooney, Counsel for Plaintiff and Mark Broughton Counsel for Defendant that the
20
   hearing scheduled for a motion to suppress evidence now scheduled for February 4, 2013 at 1:30 p.m.
21
   and trial in the above-captioned matter now set for March 26, 2013, may be vacated and a status
22
   conference in this matter be set for February 25, 2013 at 1:00 p.m. before Magistrate McAuliffe to
23
   reschedule the trial.
24
         This continuance is at the request of all parties. Counsel have engaged in substantive plea
25
   negotiations on the case. However, the parties have been unable to finalize the potential plea
26
   agreements. The assigned AUSA has been unavailable for several weeks due to a family emergency.
27
   Counsel for the defense has several pending trials which will occupy the counsel for approximately the
28
      Stipulation and Order                        1

next two months. The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiations purposed pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: January 31, 2013                                    BENJAMIN B. WAGNER
                                                           United States Attorney

                                                            /s/ Kevin P. Rooney
                                                           KEVIN P. ROONEY
                                                           Assistant United States Attorney


                                                            /s/ Mark Broughton
                                                           MARK BROUGHTON
                                                           Attorney for Defendant

## ORDER

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   January 31, 2013                        _____
                                                 SENIOR  DISTRICT  JUDGE

Stipulation and Order                            2